■ Costello Travel Service, Inc., Respondent, v Aer Lingus Irish Airlines, Inc., et al., Defendants, and CIE, Inc., Appellant. — Order, Supreme Court, New York County (Norman Ryp, J.), entered on May 6, 1983, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on June 9, 1982, is dismissed as having been subsumed in the appeal from the order of May 6, 1983, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Kassal, JJ.

■ The People of the State of New York, Respondent, v Joseph Jackson, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on February 4, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Kassal, JJ.

■ Berkeley Associates Company, Appellant, v Shubert Organization, Inc., Respondent. — Order, Supreme Court, New York County (Burton Sherman, J.), entered on June 2, 1983, unanimously affirmed for the reasons stated by Burton Sherman, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Sullivan, Ross, Asch and Alexander, JJ.

■ The People of the State of New York, Respondent, v Miguel Ferran, Appellant. — Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on September 7, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Ross, Asch and Alexander, JJ.

■ The People of the State of New York, Respondent, v Hansey Agostini, Appellant. — Judgment, Supreme Court, Bronx County (Jack Rosenberg, J.), rendered on February 10, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Fein, Milonas and Alexander, JJ.